UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | No. 3:16-00075-1 |
| | ) | **Judge Sharp** |
| **LEMAR JORDAN GREENE** | ) | |

## **ORDER**

For the reason set forth in the accompanying Memorandum, the Court finds that Defendant Lemar Greene is a Tier I offender under the Sex Offender Registration and Notification Act for purposes of sentencing under the advisory United States Sentencing Guidelines.

Defendant's sentencing hearing will be held on Friday, March 10, 2017, at 10:30 a.m.

It is SO ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE